# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:24-cr-03132-MDH |
| ) | |
| WEST PHARRIS FORD, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Defendant's Motion to Suppress Evidence (Doc. 39), the Government's Suggestions in Opposition (Doc. 41), the Report and Recommendation of United States Magistrate Judge (Doc. 46) and Defendant's Objections to the Report and Recommendations. (Doc. 55). The motion having been fully briefed is now ripe for adjudication on the merits.

After a careful and independent review of the parties' submissions, the transcript from the evidentiary hearing, the Report and Recommendation, and the Defendant's Objection, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 46) in full. Accordingly, the Court **DENIES** Defendant's Motion to Suppress (Doc. 41) and **OVERRULES** Defendant's Objections to the Reports and Recommendation of the United States Magistrate Judge. (Doc. 55).

**IT IS SO ORDERED.**

DATED: January 20, 2026

                                                   */s/ Douglas Harpool*

**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**